**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| Andreas Pleschutznig, | : |
|         Plaintiff, | : Civil Action No.: 4:12-cv-02222 |
| v. | : |
| ProCollect, Inc., | : |
|         Defendant. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: November 5, 2012

                              Respectfully submitted,

                              By /s/ Jody B. Burton

                              Jody B. Burton, Esq.
                              Bar No.: 71681
                              LEMBERG & ASSOCIATES L.L.C.
                              1100 Summer Street, 3rd Floor
                              Stamford, CT 06905
                              Telephone: (203) 653-2250
                              Facsimile:  (203) 653-3424
                              E-mail: jburton@lemberglaw.com
                              Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 5, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Southern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                              By   /s/ Jody B. Burton
                                                              Jody B. Burton