IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANDREAS PLESCHUTZNIG. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL. ACTION NO. H-12-2222 |
| | § | |
| PROCOLLECT, INC. | § | |
| | § | |
| Defendant. | § | |

ORDER OF DISMISSAL

In accordance with the Stipulation of Dismissal with Prejudice (Doc.#11) filed on November 21, 2012, this cause of action is DISMISSED with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

THIS IS A FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties with a true copy.

SIGNED this 25th day of Nov, 2012, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE